United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRASS,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SONY BMG MUSIC ENTERTAINMENT,<br><br>        Defendant(s).<br>*And related actions as listed.*                    / | No. C 06-02650 MHP<br>C 06–02709 MHP<br>C 06-03070 MHP<br>C 06-03077 MHP<br>C 06-03118 MHP<br>C 06-03245 MHP<br>C 06-03284 MHP<br>C 06-03333 MHP<br>C 06-03348 MHP<br>C 06-03358 MHP<br>C 06-03491 MHP<br>C 06-04051 MHP |

**ORDER**

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: September 22, 2006

MARILYN HALL PATEL
United States District Judge